**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 6:03-CR-019-01 |
| | ) | |
| BENJAMIN YOUNG, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| AUSTIN MAINTENANCE & | ) | |
| CONSTRUCTION, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## FINAL ORDER OF GARNISHMENT

This matter is before the Court for entry of a Final Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205(c)(7) of the Federal Debt Collection Procedures Act, against the substantial nonexempt property belonging to or due Benjamin Young ("Defendant-Judgment Debtor").

Plaintiff, the United States of America, filed an Application for Writ of Garnishment seeking substantial nonexempt property belonging to or due the Defendant-Judgment Debtor held by the Garnishee. (Doc. 66). A Writ of Garnishment, and the accompanying documents, was served on the Garnishee. (Doc. 71). The Garnishee filed its Answer, indicating the disposable earnings in its possession, custody, or control due to the Defendant-Judgment Debtor. (Doc. 72). The Garnishee is indebted to the Defendant-Judgment Debtor for disposable wages for weekly pay periods. *See id.*

The Defendant-Judgment Debtor was served with the Writ of Garnishment and appropriate instructions, (Doc. 71), but he did not file a written objection, request a hear, or file any other response to that Writ or to the Garnishee's Answer, and the twenty-day statutory period to do so has elapsed. *See* 28 U.S.C. §§ 3205(c)(5), 3202(b), (d).

Having considered the entirety of the record, and noting that the Defendant-Judgment Debtor did not request a hearing or file a written objection, the Court grants the United States' Motion for Entry of Final Order of Garnishment and orders as follows:

IT IS THEREBY ORDERED that the Garnishee pay the remaining sum of 25% of the Defendant-Judgment Debtor's disposable earnings to Plaintiff and continue to withhold and pay the United States all future payments until the Defendant-Judgment Debtor's debt to the Plaintiff is paid in full ($102,296.72 of October 18, 2016) or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant-Judgment Debtor, or until further Order of this Court, whichever comes first.[1]

THIS COURT ORDERS that the Garnishee shall pay to the Clerk of the Court within 15 days from the date of this Order the funds owed to the Defendant-Judgment Debtor. These payments should be made monthly.

IT IS ORDERED that payment by the Garnishee under this Order shall be made by certified check bearing case number "6:03-CR-019-01, Benjamin Young," payable to "Clerk, U.S. District Court," and delivered to the United States District Court Clerk, P.O. Box 8286, Savannah, GA 31412.

IT IS ORDERED that the Garnishee shall provide written notification of the date and amount of the payment delivered to the Clerk of Court under this Order to: the Defendant-

---

[1] To calculate disposable earnings, subtract the following from wages, commissions, and income: 1) Federal income tax; 2) FICA tax; 3) State income tax; and 4) State statutory withholdings.

Judgment Debtor: Benjamin Young, 2904 Ridge Court, Apartment C, Augusta, GA 30906-5437;

with copies to the United States Attorney's Office, Attention: Financial Litigation Unit, P.O. Box

8970, Savannah, GA 31412.

**IT IS SO ORDERED** this 21st day of October , 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA